## MARCELLUS RUFFIN *v.* COMMISSIONER OF CORRECTION

The petitioner Marcellus Ruffin's petition for certification for appeal from the Appellate Court, 106 Conn. App. 396 (AC 28287), is denied.

*Mary H. Trainer,* special public defender, in support of the petition.

*Robert J. Scheinblum,* senior assistant state's attorney, in opposition.

Decided April 21, 2008

## STATE OF CONNECTICUT *v.* ANGEL NIEVES

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 40 (AC 28463), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Alice Osedach,* assistant public defender, in support of the petition.

*Sarah Hanna,* deputy assistant state's attorney, in opposition.

Decided April 21, 2008